# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUANE BAKKEN, | CV F   05-1133 OWW DLB HC |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO RE-SERVE ORDER TO RESPOND AND RESETTING BRIEFING SCHEDULE |
| v. | |
| A. K. SCRIBNER, et.al., | [Doc. 4] |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 28, 2005, the Court issued an order directing Respondent to submit a response to the petition. Due to an error in the electronic processing of that order, the order was never electronically served on Respondent. Therefore, the Court shall direct the Clerk of Court to re-serve the Court's October 28, 2005, order to respond on all the parties, and the deadlines set forth in that order shall be reset as of the date of re-service.[1] The Court apologizes for any inconvenience or confusion this may have caused.

Accordingly, it is HEREBY ORDERED that the Court's October 18, 2005, order shall be

---

[1] The Court notes for the record that after the Court issued its order to respond, Petitioner filed an amended petition on December 11, 2005. Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Respondent shall file a response to the amended petition.

1

re-served on the parties, and briefing schedule set forth in that order is effective as of the date of service of this order.

IT IS SO ORDERED.

Dated:    January 6, 2006                            **/s/ Dennis L. Beck**
3b142a                                                                  UNITED STATES MAGISTRATE JUDGE