1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  CHRISTOPHER DUANE BAKKEN,                CV F   05-1133 OWW DLB HC

10                        Petitioner,         NOTICE OF CORRECTION IN COURT'S
                                             JANUARY 6, 2006, ORDER
11          v.
                                             [Doc. 8]
12
13  A. K. SCRIBNER, et.al.,

14                        Respondents.
    _____/

15
16          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant

17  to 28 U.S.C. § 2254.  Petitioner is represented by Meredith Fahn, Esq.

18          The Court issues this notice of correction to the Court's January 6, 2006, which

19  incorrectly stated that Petitioner was proceeding pro se in this action.

20          IT IS SO ORDERED.

    **Dated:   January 10, 2006**              _____/s/ **Dennis L. Beck**_____
21  3b142a                                     UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

1