# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUANE BAKKEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A. K. SCRIBNER, et.al.,<br><br>　　　　　Respondents.<br>_____/ | CV F   05-1133 OWW DLB HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO STAY PENDING EXHAUSTION IN STATE COURT<br><br>[Doc. 11] |

　　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Meredith Fahn, Esq.

　　　　On February 22, 2006, Petitioner filed a motion to stay and hold the instant petition in abeyance pending exhaustion in the state court.  On February 27, 2006, Respondent filed a statement of non-opposition to Petitioner's request.

　　　　In <u>Rhines v. Weber</u>, 125 S.Ct. 1528 (2005), the Supreme Court held that a district court has discretion to stay a mixed petition to allow a petitioner to present his unexhausted claims to the state court in the first instance and then to return to federal court for review of his perfected petition.

　　　　Based upon a showing of good cause and because Respondent has no opposition to staying the instant petition pending exhaustion of the new claims, the Court will grant Petitioner's motion.  However, the Court will not indefinitely hold the petition in abeyance.  <u>See</u> <u>Taylor</u>, 134 F.3d at 988 n.11.  Petitioner must inform the Court no later than thirty (30) days after

the date of service of this order of the status of his habeas petition filed in the Kings County Superior Court.[1]  Further, Petitioner must file a new status report every thirty (30) days thereafter as to the status of the state court proceedings.  Following final action by the state courts, Petitioner will be allowed thirty (30) days to file a motion for leave to amend the petition to include the newly exhausted claims.  Failure to comply with these instructions and time allowances will result in this Court vacating the stay *nunc pro tunc* to the date of this order. Kelly, 315 F.3d at 1071.

Accordingly, it is HEREBY ORDERED that:

1. Petitioner's motion to stay the petition and hold it in abeyance is GRANTED;
2. The instant petition is STAYED pending exhaustion of Petitioner's state remedies;
3. Petitioner is DIRECTED to file a status report within thirty (30) days of the date of service of this order;
4. Petitioner is DIRECTED to file a new status report every sixty (60) days after filing his initial status report; and
5. Petitioner is GRANTED thirty (30) days time following the final order of the state courts in which to advise this Court of the finality of the state proceedings and file an amended petition.

IT IS SO ORDERED.

Dated:   **March 6, 2006**               /s/ **Dennis L. Beck**
3b142a                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The filing should be titled: "Status Report."