# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUANE BAKKEN,<br><br>    Petitioner,<br><br>    v.<br><br>A. K. SCRIBNER, et.al.,<br><br>    Respondents.<br>_____/ | 1:05-cv-1133 OWW DLB (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST TO FILE SECOND AMENDED PETITION, DIRECTING CLERK OF COURT TO FILE SECOND AMENDED PETITION ATTACHED TO COURT DOCUMENT NUMBER 44, AND DIRECTING RESPONDENT TO FILE RESPONSE TO AMENDED PETITION<br><br>[Doc. 44] |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Meredith Fahn, Esq.

    On March 7, 2006, this Court granted Petitioner's request to stay and hold the petition in abeyance pending exhaustion in the state courts. (Court Doc. 17.)  Pursuant to that order, Petitioner has filed timely status reports informing this Court of the status of the state court proceedings.  (See Court Docs. 18-43.)  On March 22, 2009, Petitioner filed a motion for leave to file a second amended petition as the state court proceedings became final on February 18, 2010. (Court Doc. 44.)

    As Petitioner states the "second amended petition does not add any new claims, but is updated to reflect the proceedings that have transpired since the stay and abey order, including the evidentiary hearing and subsequent exhaustion proceedings" and does not present any "relation-back" issues, Petitioner's request to file the second amended petition shall be granted.

Based on the foregoing, it is HEREBY ORDERED that:

1. Petitioner's motion file the second amended petition is GRANTED;

2. The Clerk of Court shall file and docket Petitioner's second amended petition, attached to Court Document Number 44; and

3. Within sixty (60) days from the date of service of this order, Respondent shall file a response to the second amended petition and all other provisions of this Court's October 28, 2005, order to respond remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 24, 2010**        /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE