# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUANE BAKKEN,<br><br>   Petitioner,<br><br>   v.<br><br>A. K. SCRIBNER, et.al.,<br><br>   Respondents.<br>_____/ | 1:05-cv-1133-OWW-DLB (HC)<br><br>ORDER DIRECTING RESPONDENTS TO FILE ANSWER TO SECOND AMENDED PETITION WITHIN FORTY-FIVE DAYS FROM THE DATE OF SERVICE OF THIS ORDER |

   Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Meredith Fahn, Esq.

   On March 7, 2011, the Court granted in part and denied in part Respondents' motion to dismiss certain claims from the Second Amended Petition.  It is HEREBY ORDERED that Respondents are directed to file an answer to the Second Amended Petition within forty-five (45) days from the date of service of this order in compliance with this Court's October 28, 2005, order to respond.  (ECF No. 4.)  All other provisions of the Court's October 28, 2005, order remain in full force and effect.

   IT IS SO ORDERED.

   Dated:   **March 9, 2011**          /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE