1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER DUANE BAKKEN,              1:05-cv-1133-OWW-DLB (HC)

12                                          ORDER GRANTING RESPONDENT'S
                    Petitioner,            FIRST MOTION FOR EXTENSION OF
13                                          TIME TO FILE OPPOSITION AND
            vs.                            ANSWER
14
     A.K. SCRIBNER,                         (DOCUMENT #83)
15
                    Respondent.            OPPOSITION DEADLINE: JUNE 16, 2011
16
     _____/   ANSWER DEADLINE: JUNE 23, 2011
17
            Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28
18
     U.S.C. § 2254.  On June 8, 2011, respondent filed a motion to extend time to file an opposition
19
     and an answer.  Good cause having been presented to the court and GOOD CAUSE
20
     APPEARING THEREFOR, IT IS HEREBY ORDERED that:
21
            Respondent is granted until June 16, 2011 to file an opposition and until June 23, 2011
22
     in which to file an answer.
23

24

25

26          IT IS SO ORDERED.

27        Dated:    June 9, 2011              /s/ Dennis L. Beck
                                             UNITED STATES MAGISTRATE JUDGE
28