# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUANE BAKKEN, | 1:05-cv-1133-OWW-DLB (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO SEAL DOCUMENTS AND DIRECTING CLERK OF COURT TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| A. K. SCRIBNER, et.al., | [Doc. 68] |
| Respondents. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by Meredith Fahn, Esq.

On April 4, 2011, Petitioner filed a notice of request to seal documents pursuant to Local Rule 141. Petitioner requests that the transcript of the evidentiary hearing conducted in the Kings County Superior Court (Lodged Document No. 26) and exhibits filed in the California Court of Appeal, Fifth Appellate District which consists of documents disclosed to Petitioner at the conclusion of the in camera hearing (Lodged Document No. 33). Petitioner also requests to submit a supplement to his motion for summary judgment under seal.

Petitioner's request is GRANTED in full and it is HEREBY ORDERED that:

1. The Clerk of Court shall file under seal Lodged Documents Numbers 26 and 33; and

2. Counsel for Petitioner is authorized to electronically submit the supplement to his motion for summary judgment in accordance with Local Rule 141(e)(2)(ii).

IT IS SO ORDERED.

Dated:   June 15, 2011            /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE

1