# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUANE BAKKEN, | 1:05-cv-1133-OWW-DLB (HC) |
| Petitioner, | ORDER DIRECTING PETITIONER TO PRESENT COMPLETE COPY OF TRANSCRIPT SUBMITTED AS LODGED DOCUMENT 28 |
| v. | |
| A. K. SCRIBNER, et.al., | |
| Respondents. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by Meredith Fahn, Esq.

On April 4, 2011, Petitioner's counsel submitted the state court records in support of Petitioner's motion for summary judgment. Lodged Document Number 28 references the Evidentiary Hearing Transcript conducted in the Kings County Superior Court in case number 01CM7720 and cites to pages 301 through 447; however, the copy of the transcript submitted to this Court ends with page number 402. Accordingly, Petitioner is hereby directed to submit the remaining portion of this transcript to the Court within fifteen (15) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 7, 2011**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1